IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-3258

GUNNISON COUNTY STOCKGROWERS' ASSOCIATION, INC., a Colorado Nonprofit Corporation; and
COLORADO CATTLEMEN'S ASSOCIATION, a Colorado Nonprofit Corporation,

    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service;
COLORADO DIVISION OF PARKS AND WILDLIFE;
JEFF DAVIS, in his official capacity as Director of Colorado Parks and Wildlife;
ERIC ODELL, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and
COLORADO PARKS AND WILDLIFE COMMISSION,

    Defendants.

## STATE DEFENDANTS' RESPONSE TO REQUEST FOR HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Defendants Colorado Division of Parks and Wildlife, Colorado Parks and Wildlife Commission, Jeff Davis, and Eric Odell (collectively, State Defendants) respectfully request that the Court provide an opportunity for them to be heard before ruling on Plaintiffs' request for a temporary restraining order (TRO). State Defendants further request that the Court deny Plaintiffs' request that the Court rule on their motion immediately, without a hearing.

State Defendants are also eager to have a prompt ruling on the requested TRO, and can be available on Thursday December 14 for a hearing. State Defendants will not release wolves into Colorado prior to December 17, 2023, so giving them an opportunity to be heard will not prejudice Plaintiffs.

DATED at Denver, Colorado this 12th day of December, 2023.

FOR THE ATTORNEY GENERAL

*/s/ Lisa A. Reynolds*
Lisa A. Reynolds
First Assistant Attorney General
Parks Wildlife and Trust Lands Unit
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
Phone: (720) 508-6252 (direct)
E-Mail: lisa.reynolds@coag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2023, I electronically transmitted the attached State Defendants' Response to Request for Hearing on Motion for Temporary Restraining Order to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Lisa A. Reynolds*
Lisa A. Reynolds