# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-3258-RMR

GUNNISON COUNTY STOCKGROWERS' ASSOCIATION, INC., a Colorado Nonprofit Corporation; and
COLORADO CATTLEMEN'S ASSOCIATION, a Colorado Nonprofit Corporation,

    Plaintiff Petitioners,

v.

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service;
COLORADO DIVISION OF PARKS AND WILDLIFE;
JEFF DAVIS, in his official capacity as Director of Colorado Parks and Wildlife;
ERIC ODELL, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and
COLORADO PARKS AND WILDLIFE COMMISSION,

    Defendant Respondents,

    and

Defenders of Wildlife;
FRIENDS OF ANIMALS;
WILDEARTH GUARDIANS;
WESTERN WATERSHEDS PROJECT;
HUMANE SOCIETY OF THE UNITED STATES;

Conditional Intervenor Respondents.

## PETITIONERS' PROPOSED ORDER GRANTING PETITIONERS' VERIFIED MOTION FOR STAY OF AGENCY ACTION, PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

    Pursuant to the Court's minute order, ECF 25, the Petitioners submit the attached proposed order granting Petitioners' motion to stay agency action and for injunctive relief, ECF 5.

Respectfully submitted this 15th day of December, 2023.

                                          TROUT RALEY

                                          s/ *Michael A. Kopp*_____
Deborah L. Freeman, CO Reg. No. 12278
Michael A. Kopp, CO Reg. No. 43204
Lucas O'Brien, CO Reg. No. 58014
1120 Lincoln Street, Suite 1600
Denver, CO 80203
Telephone: 303-861-1963
dfreeman@troutlaw.com
mkopp@troutlaw.com
lobrien@troutlaw.com

*Attorneys for Plaintiff, Gunnison County Stockgrowers' Association, Inc.*

WELBORN SULLIVAN
MECK & TOOLEY P.C.

*/s/ Michael Kopp for James W. Sanderson*
James W. Sanderson, CO Reg. No. 2402
Anthony M. Roeber, CO Reg. No. 58176
1401 Lawrence Street, Suite 1800
Denver, CO   80202
jsanderson@wsmtlaw.com
aroeber@wsmtlaw.com
Telephone: (303) 830-2500

*Attorneys for Plaintiff, Colorado Cattlemen's Association*