# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gunnison County Stockgrowers' Association, Inc., a Colorado Nonprofit Corporation; and Colorado Cattlemen's Association, a Colorado Nonprofit Corporation. <br><br> *Plaintiff(s)* <br> v. <br><br> United States Fish and Wildlife Service; <br> Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; <br> Colorado Division of Parks and Wildlife; <br> Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife; <br> Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and <br> Colorado Parks and Wildlife Commission <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 23-cv-3258-RMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    United States Fish and Wildlife Service;
    1849 C St NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Deborah L. Freeman, Michael A. Kopp, Luke O'Brien, Trout Raley P.C., 1120 Lincoln St., Suite 1600, Denver, CO 80203, for Gunnison County Stockgrowers' Association

    James W. Sanderson, Anthony M. Roeber, Welborn Sullivan Meck & Tooley P.C. 1401 Lawrence Street, Suite 1800, Denver, CO 80202, for Colorado Cattlemen's Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/15/2023

CLERK OF COURT

s/ J. Roberts

*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-cv-3258

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                              *Server's signature*

                              _____
                              *Printed name and title*


                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gunnison County Stockgrowers' Association, Inc., a Colorado Nonprofit Corporation; and Colorado Cattlemen's Association, a Colorado Nonprofit Corporation. <br> *Plaintiff(s)* <br> v. <br> United States Fish and Wildlife Service; <br> Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; <br> Colorado Division of Parks and Wildlife; <br> Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife; <br> Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and <br> Colorado Parks and Wildlife Commission <br> *Defendant(s)* | Civil Action No. 23-cv-3258-RMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; 1849 C St NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Deborah L. Freeman, Michael A. Kopp, Luke O'Brien, Trout Raley P.C., 1120 Lincoln St., Suite 1600, Denver, CO 80203, for Gunnison County Stockgrowers' Association

    James W. Sanderson, Anthony M. Roeber, Welborn Sullivan Meck & Tooley P.C. 1401 Lawrence Street, Suite 1800, Denver, CO 80202, for Colorado Cattlemen's Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/15/2023

s/ J. Roberts

*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-cv-3258

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                              _____
                                                                    *Server's signature*

                                                    _____
                                                                    *Printed name and title*


                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gunnison County Stockgrowers' Association, Inc., a Colorado Nonprofit Corporation; and Colorado Cattlemen's Association, a Colorado Nonprofit Corporation. <br> *Plaintiff(s)* <br> v. <br> United States Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; Colorado Division of Parks and Wildlife; Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife; Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and Colorado Parks and Wildlife Commission <br> *Defendant(s)* | Civil Action No. 23-cv-3258-RMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Colorado Division of Parks and Wildlife.
    6060 Broadway, Denver, CO 80216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Deborah L. Freeman, Michael A. Kopp, Luke O'Brien, Trout Raley P.C., 1120 Lincoln St., Suite 1600, Denver, CO 80203, for Gunnison County Stockgrowers' Association

    James W. Sanderson, Anthony M. Roeber, Welborn Sullivan Meck & Tooley P.C. 1401 Lawrence Street, Suite 1800, Denver, CO 80202, for Colorado Cattlemen's Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/15/2023

*CLERK OF COURT*

s/ J. Roberts

*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-cv-3258

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                              *Server's signature*

                                            _____
                                                             *Printed name and title*


                                            _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gunnison County Stockgrowers' Association, Inc., a Colorado Nonprofit Corporation; and Colorado Cattlemen's Association, a Colorado Nonprofit Corporation. <br><br> *Plaintiff(s)* <br> v. <br><br> United States Fish and Wildlife Service; <br> Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; <br> Colorado Division of Parks and Wildlife; <br> Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife; <br> Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and <br> Colorado Parks and Wildlife Commission <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-cv-3258-RMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife;
    6060 Broadway, Denver, CO 80216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Deborah L. Freeman, Michael A. Kopp, Luke O'Brien, Trout Raley P.C., 1120 Lincoln St., Suite 1600, Denver, CO 80203, for Gunnison County Stockgrowers' Association

    James W. Sanderson, Anthony M. Roeber, Welborn Sullivan Meck & Tooley P.C. 1401 Lawrence Street, Suite 1800, Denver, CO 80202, for Colorado Cattlemen's Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/15/2023

CLERK OF COURT

s/ J. Roberts

*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-cv-3258

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                         _____
                                                          *Printed name and title*


                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Gunnison County Stockgrowers' Association, Inc., a Colorado Nonprofit Corporation; and Colorado Cattlemen's Association, a Colorado Nonprofit Corporation. <br> *Plaintiff(s)* <br> v. <br> United States Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; Colorado Division of Parks and Wildlife; Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife; Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and Colorado Parks and Wildlife Commission <br> *Defendant(s)* | Civil Action No. 23-cv-3258-RMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; 6060 Broadway, Denver, CO 80216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah L. Freeman, Michael A. Kopp, Luke O'Brien, Trout Raley P.C., 1120 Lincoln St., Suite 1600, Denver, CO 80203, for Gunnison County Stockgrowers' Association

James W. Sanderson, Anthony M. Roeber, Welborn Sullivan Meck & Tooley P.C. 1401 Lawrence Street, Suite 1800, Denver, CO 80202, for Colorado Cattlemen's Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/15/2023

CLERK OF COURT

s/ J. Roberts

*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-cv-3258

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*


                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gunnison County Stockgrowers' Association, Inc., a Colorado Nonprofit Corporation; and Colorado Cattlemen's Association, a Colorado Nonprofit Corporation.<br><br>*Plaintiff(s)*<br>v.<br>United States Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; Colorado Division of Parks and Wildlife; Jeff Davis, in his official capacity as Director of Colorado Parks and Wildlife; Eric Odell, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and Colorado Parks and Wildlife Commission<br>*Defendant(s)* | Civil Action No. 23-cv-3258-RMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Colorado Parks and Wildlife Commission
6060 Broadway, Denver, CO 80216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah L. Freeman, Michael A. Kopp, Luke O'Brien, Trout Raley P.C., 1120 Lincoln St., Suite 1600, Denver, CO 80203, for Gunnison County Stockgrowers' Association

James W. Sanderson, Anthony M. Roeber, Welborn Sullivan Meck & Tooley P.C. 1401 Lawrence Street, Suite 1800, Denver, CO 80202, for Colorado Cattlemen's Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/15/2023

CLERK OF COURT

s/ J. Roberts

*Signature of Clerk or Deputy Clerk*

Civil Action No. 23-cv-3258

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:




My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                         *Server's signature*

                                                       _____
                                                                       *Printed name and title*



                                                       _____
                                                                          *Server's address*

Additional information regarding attempted service, etc: