**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-3258-RMR

GUNNISON COUNTY STOCKGROWERS' ASSOCIATION, INC., a Colorado Nonprofit Corporation; and
COLORADO CATTLEMEN'S ASSOCIATION, a Colorado Nonprofit Corporation,

    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE;
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service;
COLORADO DIVISION OF PARKS AND WILDLIFE;
JEFF DAVIS, in his official capacity as Director of Colorado Parks and Wildlife;
ERIC ODELL, in his official capacity as Wolf Conservation Program Manager for Colorado Division of Parks and Wildlife; and
COLORADO PARKS AND WILDLIFE COMMISSION,

    Defendants.

---

**PETITIONERS' NOTICE OF DISMISSAL OF CASE WITH PREJUDICE**

---

**CERTIFICATION OF COMPLIANCE WITH DUTY TO CONFER AND NOTIFY**

    Although the instant filing is not a motion, on December 20, 2023, counsel for Petitioner Gunnison County Stockgrowers' Association, Inc. ("GCSA") conferred by telephone and email with counsel for all Respondents and Conditional Respondent-Intervenors regarding this Notice pursuant to D.C.Colo.L.Civ.R. 7.1. Counsel for Respondents and Conditional Respondent-Intervenors stated they consent to dismissal of the case.

1

# NOTICE

Petitioners GCSA and Colorado Cattlemen's Association hereby notify the Court and other Parties that they are dismissing the case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). As grounds therefore, Petitioners state as follows:

1. On December 10, 2023, Petitioners filed a Complaint against Respondents U.S. Fish and Wildlife Service, Martha Williams, Colorado Division of Parks and Wildlife, Jeff Davis, Eric Odell, and Colorado Parks and Wildlife Commission seeking review under the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*, alleging a violation of the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 *et seq*. The individual Respondents were named in their official capacities.

2. On December 11, 2023, Petitioners filed a motion, ECF No. 5, seeking a temporary restraining order and preliminary injunction against the State Respondents, and seeking a stay of agency action against the Federal Respondents pursuant to the APA, 5 U.S.C. § 705, pending compliance with NEPA ("Injunction Motion").

3. After Petitioners filed the Complaint, several parties moved to intervene: Friends of Wildlife, Defenders of Wildlife, Center for Biological Diversity, WildEarth Guardians, Humane Society of the United States, and Western Watersheds Project (collectively, "Conditional Respondent-Intervenors").

4. The Court held a hearing on December 14, 2023 to consider Petitioners' Injunction Motion. At the hearing, the Court conditionally granted the Conditional Respondent-Intervenors' motions to intervene and established a briefing schedule to allow the Parties to address the merits of the motions to intervene.

5. On December 15, 2023, the Court issued an Order, ECF No. 31 ("Order"), denying the relief requested in Petitioners' Injunction Motion.

6. Petitioners have reviewed the Order. Considering the Court's ruling that Petitioners are unlikely to succeed on the merits of their claim, Petitioners will not pursue the claim pleaded in the Complaint.

7. Although conferral does not appear to be required under Federal Rule of Civil Procedure 41(a)(1) or the Civil Rules for the District of Colorado, counsel for Petitioners discussed this proposal with counsel for Respondents and Conditional Respondent-Intervenors as a matter of courtesy, and in light of the proceedings that have already occurred in this matter. In these conversations, Petitioners agreed to dismiss the case with prejudice. Counsel for all parties indicated that their clients consent to this dismissal.

8. As of the date of this Notice, no answers or motions for summary judgment have been filed in this matter. Fed. R. Civ. P. 41(a)(1)(A).

9. Accordingly, Petitioners notify this Court that they are dismissing the case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is with prejudice.

## CONCLUSION

For the foregoing reasons, Petitioners hereby DISMISS this case WITH PREJUDICE.

Respectfully submitted this 22nd day of December, 2023.

                                               TROUT RALEY

*s/ Michael A. Kopp*
Deborah L. Freeman, CO Reg. No. 12278
Michael A. Kopp, CO Reg. No. 43204
Lucas O'Brien, CO Reg. No. 58014
1120 Lincoln Street, Suite 1600
Denver, CO 80203
Telephone: 303-861-1963
dfreeman@troutlaw.com
mkopp@troutlaw.com
lobrien@troutlaw.com

***Attorneys for Plaintiff, Gunnison County Stockgrowers' Association, Inc.***

WELBORN SULLIVAN
MECK & TOOLEY P.C.

*s/ Michael A. Kopp for James W. Sanderson*
James W. Sanderson, CO Reg. No. 2402
Anthony M. Roeber, CO Reg. No. 58176
1401 Lawrence Street, Suite 1800
Denver, CO   80202
jsanderson@wsmtlaw.com
aroeber@wsmtlaw.com
Telephone: (303) 830-2500

***Attorneys for Plaintiff, Colorado Cattlemen's Association***

4